IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO.    5:98cr30-SPM/AK

TOD STEVEN FAUGHT,

        Defendant.
_____/

## ORDER DENYING RULE 60 MOTION

This cause comes before the Court on Defendant Tod Steven Faught's

Motion for Federal Rules of Civil Procedure Rule 60 (d).  Doc. 317.  Through this

motion, Defendant seeks to challenge is criminal judgment.

Federal Rule of Civil Procedure 60 does not apply to criminal cases.

United States v. Potts, No. 07-14599, 2008 WL 4898438 (11th Cir. Nov. 14,

2008).  The Court lacks jurisdiction under Rule 60 to grant Defendant relief from

the judgment entered in his criminal case.  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion (doc. 317) is

denied.

DONE AND ORDERED this 7th day of January, 2009.


        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge