IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.	5:98cr30-SPM/AK

TOD STEVEN FAUGHT,

     Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This cause comes before the Court on Defendant Tod Steven Faught's motion for reconsideration (doc. 319) of the order (doc. 318) denying his Rule 60 motion (doc. 317). Faught claims that he is entitled to relief from his criminal judgment and sentence. Although he first filed his motion for relief under Federal Rule of Civil Procedure 60, on reconsideration he asks the Court to issue a writ of audita querela.

A motion under 28 U.S.C. § 2255 is the proper avenue of relief for a federal prisoner to raise constitutional challenges to his conviction and sentence. United States v. Holt, 417 F.3d 1172, 1175 (11th Cir. 2005). The writ of audita querela cannot be used as a substitute. Id. If Faught's Rule 60 motion is treated as a § 2255 motion, it must be denied because Faught filed a prior § 2255 motion (see docs. 173 and 315) and has not obtained an order from the Eleventh Circuit

Court of Appeals to authorize a second motion.  Id.  Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion for reconsideration (doc. 319) is denied.

DONE AND ORDERED this 22nd day of January, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.    5:98cr30-SPM/AK